

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LUCIUS U. AKUCHIE, | § | No. 08-21-00073-CV |
| Appellant, | § | Appeal from the |
| v. | § | 240th District Court |
| HUNTERS GREEN HOMEOWNERS ASSOCIATION, | § | of Fort Bend County, Texas |
| | § | (TC # 17-DCV-241422) |
| Appellee. | § | |

# **O R D E R**

This Court received and filed the Appellant's response on the issue of whether the matter is affected by a bankruptcy stay under Chapter 13 of the Bankruptcy Code. Appellant agrees this case should be abated and removed from this Court's docket.

Therefore, pursuant to 13 U.S.C. § 362, any further action in this appeal is automatically stayed. Under these circumstances, and for administrative purposes, it is ORDERED that this appeal is removed from the docket and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted and specifying the action required by this Court.

Accordingly, the appeal is abated.

IT IS SO ORDERED this 30th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.